UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Steven Hebert, :<br> :<br>            Plaintiff, :<br>v. :<br> :<br>Tri-Financial, LLC; and DOES 1-10, inclusive, :<br> :<br>            Defendant. :<br> :<br> : | Civil Action No.: 1:09-cv-10952-DPW |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE <u>PURSUANT TO RULE 41(a)</u>

Steven Hebert ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 28, 2010

                                                           Respectfully submitted,

                                                           By: <u>/s/ Sergei Lemberg</u>

                                                              Sergei Lemberg, Esq.
                                                               BBO No.: 650671
                                                               Lemberg & Associates L.L.C.
                                                              1100 Summer Street, 3rd Floor
                                                               Stamford, CT 06905
                                                               Telephone: (203) 653-2250
                                                               Facsimile: (877) 795-3666
                                                               Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 28, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By  /s/ Sergei Lemberg

                                            Sergei Lemberg